**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-7865**

CLEVELAND LEWIS WILLIAMS, JR.,

Plaintiff - Appellant,

versus

DARNELL MCCALL, Chief of Police Anderson City
Detention Center; BOBBY GUNNER, Correction
Officer; ANGELA WHITE, Nurse; ALLEN MCALISTER,
a/k/a Gofer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Terry L. Wooten, District Judge.
(CA-01-4275-8-12BI)

Submitted: April 15, 2004          Decided:  April 20, 2004

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cleveland Lewis Williams, Jr., Appellant Pro Se. Andrew Frederick
Lindemann, Michael Brian Wren, DAVIDSON, MORRISON & LINDEMANN, PA,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cleveland Lewis Williams, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Williams v. McCall, No. CA-01-4275-8-12BI (D.S.C. Oct. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED